UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-05150-SSC Date: October 19, 2026

Title Zhirun Chen v. Markwayne Mullin, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On September 4, 2026, Petitioner Zhirun Chen filed a counseled petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) On September 15, 2026, the Court stayed this action for 30 days to allow Petitioner to request and obtain a prompt custody redetermination hearing before an immigration judge in accordance with 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d)(1). As set forth in the order, by October 15, 2026, Petitioner was required to seek an extension of the stay, file a letter voluntarily dismissing this petition without prejudice, or file a first amended petition. That deadline has passed, and the court has not received any communication from Petitioner.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-05150-SSC Date: October 19, 2026

Title Zhirun Chen v. Markwayne Mullin, et al.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **November 6, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.

If Petitioner files a letter voluntarily dismissing this petition without prejudice or a first amended petition **by November 6, 2026**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to timely file a response to this order, a letter voluntarily dismissing this petition without prejudice, or a first amended petition will result in the Court dismissing this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**